IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>PAUL R. THIELEMANN and<br>CHRISTOPHER J. PHILLIPS,<br><br>        Defendants. | REDACTED<br><br>Criminal Action No. 07-91-1-2-UNA<br><br>FILED<br>JUN 2 6 2007<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |

**INDICTMENT**

The Grand Jury for the District of Delaware charges that:

**Count 1**

On or about June 16, 2006, in the District of Delaware and elsewhere, Paul R. Thielemann and Christopher J. Phillips, the defendants, knowingly did employ, use, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and attempted to do so, to wit, while the defendants were having a computer, online conversation with each other, during which they also used a web cam to view each other, Paul R. Thielemann counseled, induced, and caused Christopher J. Phillips, who had on his lap a minor visible to Thielemann, to perform simulated masturbation on the minor and to pose the minor in the lascivious exhibition of minor's pubic area. The defendants did so knowing and having reason to know such visual depiction actually was being transported in interstate commerce, and the defendants did so using materials that had been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a) and (e) and Title 18, United States Code, Section 2.

**Count 2**

On or about June 16, 2006, in the District of Delaware and elsewhere, Paul R. Thielemann and Christopher J. Phillips, the defendants, did knowingly conspire with each other to employ, use, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know such visual depiction actually was being transported in interstate commerce, and the defendants did so using materials that had been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a), and in furtherance thereof, did commit the following overt acts: (1) the defendants engaged in a computer, online conversation with each other during which they used a web cam to view each other and a minor who was seated on Christopher J. Phillips' lap; (2) at Paul R. Thielemann's direction, Christopher J. Phillips performed simulated masturbation on the minor; and (3) at Paul R. Thielemann's direction, Christopher J. Phillips posed the minor in the lascivious exhibition of the minor's pubic area, all in violation of Title 18, United States Code, Section 2251(e).

**Counts 3 - 6**

From on or about April 21, 2006, through on or about January 20, 2007, in the District of Delaware, Paul R. Thielemann, the defendant, knowingly received and attempted to receive child pornography, that is, computer generated visual depictions in the form of computer files which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce by computer, the dates being described more particularly, as follows:

| *Count* | *Date Received* |
|---|---|
| 3 | April 21, 2006 |
| 4 | October 19, 2006 |
| 5 | December 15, 2006 |

|   |   |
|---|---|
| 6 | January 20, 2007 |

in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

### Counts 7 - 11

From on or about April 29, 2006, through on or about February 21, 2007, in the District of Delaware, Paul R. Thielemann, the defendant, knowingly transported and attempted to transport by computer in interstate and foreign commerce child pornography, that is, computer generated visual depictions in the form of computer files which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, the dates being described more particularly, as follows:

| *Count* | *Date Transported* |
|---|---|
| 7 | April 29, 2006 |
| 8 | December 26, 2006 |
| 9 | January 19, 2007 |
| 10 | January 20, 2007 |
| 11 | February 21, 2007 |

in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

### Count 12

On or about February 23, 2007, in the District of Delaware, Paul R. Thielemann, the defendant, knowingly possessed a computer hard drive and other digital stored media that contained images of child pornography, that is, visual depictions which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce and which had been produced using materials which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## Counts 13 - 14

From on or about April 21, 2006, through on or about December 15, 2006, in the District of Delaware, Paul R. Theilemann, the defendant, knowingly received and attempted to receive visual depictions, that is, computer files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse, and that lack serious literary, artistic, political, or scientific value, which images had been transported in interstate and foreign commerce by computer, and which images had been produced using materials that had been shipped and transported in interstate or foreign commerce, the dates being described more particularly, as follows:

| Count | Date Received |
| --- | --- |
| 13 | April 21, 2006 |
| 14 | December 15, 2006 |

in violation of Title 18, United States Code, Sections 1466A(a)(2)(A) and (B), and 2252A(b)(1).

## Counts 15 - 17

From on or about April 29, 2006, through on or about February 21, 2007, in the District of Delaware, Paul R. Thielemann, the defendant, knowingly distributed and attempted to distribute in interstate and foreign commerce visual depictions, that is, computer files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse, and that lack serious literary, artistic, political, or scientific value, the dates being described more particularly, as follows:

| Count | Date Distributed |
| --- | --- |
| 15 | April 29, 2006 |
| 16 | January 19, 2007 |
| 17 | February 21, 2007 |

in violation of Title 18, United States Code, Sections 1466A(a)(2)(A) and (B), and 2252A(b)(1).

## Count 18

On or about February 23, 2007, in the District of Delaware, Paul R. Thielemann, the defendant, knowingly possessed visual depictions, that is, computer files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse, and that lack serious literary, artistic, political, or scientific value, which images had been transported in interstate and foreign commerce by computer, and which images had been produced using materials that had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 1466A(b)(2)(A) and (B), and 2252A(b)(2).

A TRUE BILL:

_____<br>Foreman

COLM F. CONNOLLY
United States Attorney

By: *Christopher J. Burke*
for Edmond Falgowski
Assistant United States Attorney

Dated: June 26, 2007

5