≋AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of      DELAWARE

UNITED STATES OF AMERICA

V.

CHRISTOPHER J. PHILLIPS

~~SEALED~~ Unsealed on 8/6/07 (RPG)

**WARRANT FOR ARREST**

Case Number:     CR 07-91-2 (UNA)

(22)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     __CHRISTOPHER J. PHILLIPS__
                                                                                                                                                                                                                                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Order of court    [ ] Probation Violation Petition    [ ] Supervised Release Violation Petition    [ ] Violation Notice

charging him or her with    (brief description of offense)

**PRODUCTION OF CHILD PORN**

FILED

in violation of Title __18__ United States Code, Section(s) __2251__

__PETER T. DALLEO__
Name of Issuing Officer

__CLERK OF COURT__
Title of Issuing Officer

_Evette Winton_, Deputy Clerk
Signature of Issuing Officer

June 27, 2007 in WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-27-07 | William David, DUSM | William [signature] |
| DATE OF ARREST |  |  |
| 6-29-07 |  |  |