IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | : |
| v. | : Cr. Action No.07-91-SLR |
| CHRISTOPHER J. PHILLIPS, | : |
|     Defendant. | : |

**MOTION FOR DISCOVERY**

    COMES NOW Defendant, CHRISTOPHER J. PHILLIPS, by and through his attorney RAYMOND M. RADULSKI, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and makes this motion that the Government be required to allow counsel for the Defendant to inspect, copy or photograph any and all statements of the Defendant which may be discovered in accordance with Rule 16(a)(1)(A); to furnish counsel for the Defendant a copy of any prior criminal record of the Defendant in accordance with Rule 16(a)(1)(b); to permit counsel for the Defendant to inspect, copy or photograph any and all documents and tangible objects which may be discovered pursuant to Rule 16(a)(1)(A); and to permit counsel for the Defendant to inspect, copy or photograph any results or reports of examinations, or tests, pursuant to Rule 16(a)(1)(D).

/S/Raymond M. Radulski
RAYMOND M. RADULSKI, ESQUIRE
#332
1225 N. King Street, #301
Wilmington, DE 19802
Attorney for Defendant,
Christopher J. Phillips

Dated: October 19, 2007

```
          IN THE UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       :
                                :
     Plaintiff,                 :
                                :
     v.                         :Cr. Action No. 07-91-SLR
                                :
CHRISTOPHER J. PHILLIPS,        :
                                :
     Defendant.                 :
```

## ORDER

The Defendant, CHRISTOPHER J. PHILLIPS , Motion For Discovery having been heard and considered,

ORDERED this \_\_\_\_ day of _____, A.D., 2007, that the Government shall provide copies of any and all material requested pursuant to Defendant's Motion.

_____
                                                     J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. Action No. 07-91-SLR |
| CHRISTOPHER J. PHILLIPS, | : |
| Defendant. | : |

**CERTIFICATE OF COUNSEL**

COMES NOW, Raymond M. Radulski, Court appointed counsel for Defendant, CHRISTOPHER J. PHILLIPS, and respectfully submits this Certificate in accordance with Rule 5(d)(2) of the local Rules of Criminal Procedure.

1. On October 16, 2007, the undersigned communicated with AUSA Edmund Falgowski, regarding pre-trial motions. Mr. Falgowski previously furnished discovery materials in this matter. It is anticipated that he will forward any additional appropriate discovery materials to the defense.

2. Counsel for the Defendant, CHRISTOPHER J. PHILLIPS, anticipates that the Government may have or obtain additional evidence which it will seek to use in its case against the Defendant.

WHEREFORE, counsel for Defendant, CHRISTOPHER J. PHILLIPS, believes that he has complied with Rule 5(d)(2) of the local Rules of Criminal Procedure and that he is entitled to discovery under F.R. Cr. P. 7(f) and 16(a).

```
                              /S/Raymond M. Radulski
                              RAYMOND M. RADULSKI, ESQUIRE
                              #332
                              1225 N. King Street, #301
                              Wilmington, DE 19801
                              (302) 658-9388
                              Attorney for Defendant,
                              CHRISTOPHER J. PHILLIPS
Dated: October 19, 2007
```

**LAW OFFICE OF RAYMOND M. RADULSKI**
Legal Arts Building, Suite 301
1225 N. King Street
Wilmington, DE 19801

———

rradulskiesq@aol.com

| Telephone | | Fax |
|---|---|---|
| (302) 658-9388 | | (302) 658-5378 |

October 19, 2007

Edmund Falgowski, Esquire
Assistant United States Attorney
U. S. Department of Justice
1007 Orange Street, Suite 700
Wilmington, DE 19899-2046

    Re:    United States v. Christopher J. Phillips
             Criminal Action No. 07-91-SLR

Dear Mr. Falgowski:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), I am requesting that you provide me with the following information within the possession, custody, or control of the Government or the existence of which is known or by the exercise of due diligence could become known to the Government.

     1.  A copy of all written or recorded statements or confessions made by the defendant(s), or by any juvenile or adult co-defendant(s), including a copy of all notes recorded by any police officer or other agent contemporaneous to any oral statements or confessions made by the defendant(s) or co-defendant(s).

     2.  A written statement relating to the substance of any oral statements made by the defendant(s) and not recorded as set for in 1., above, which the Government intends to offer in evidence which were made by the defendant(s), in response to interrogation by any person then known to the defendant(s) to be a Government agent.

     3.  A copy of all written reports of any scientific analyses conducted in connection with the above-captioned case, including a listing of any analyses for which a report was not filed.

     4.  A copy of all written reports of any physical or psychological examination of the defendant(s) or of any alleged victim.

Edmund Falgowski, Esquire
Page Two
October 19, 2007

      5. A copy of any memorialized testimony of the defendant(s) before the Federal Grand Jury relating to the above case.

      In addition to the above, I would appreciate your providing the following:

      6. A statement as to the approximate time and location of the alleged offense(s) in the above case.

      7. In addition, a statement as to the date, the approximate time and location of the defendant(s)' arrest, the name(s) of the arresting officer(s) or other Government agent(s), and the name of the agency which he (they) are associated.

      8. Copies of all executed warrants of arrest and all executed search warrants relating to the above-captioned case, including all affidavits and warrant returns.

      9. A statement as to the involvement of any confidential informant(s), if applicable.

      10. The names of the police officers or other Government agents involved in the investigation of the above case and the agencies with which they are associated.

      11. A statement as to the date, time and location of any and all line-ups, photographic or show-up identifications (or attempted identifications) of the defendant(s) in connection with the above case.

      12. An opportunity pursuant to <u>Jencks v. U.S.</u>, 353 U.S. 657 (1957), to review reports and statements, whether oral, written or recorded, made by persons who will testify at trial, regardless of whether the individual used the statement or report to prepare for examination. I would appreciate it if you could share this information with me prior to trial in order to avoid delay prior to cross-examination.

      13. A disclosure as to the utilization of any electronic or other mechanical surveillance device, if applicable.

      14. An opportunity to inspect all items which the Government intends to offer in evidence, but not limited to, any documents, photographs, weapons, clothing, diagrams, or similar tangible objects.

      15. A copy of the prior criminal record of the defendant(s)

      16. A copy of grand jury testimony relating to this case.

Edmund Falgowski, Esquire
Page Three
October 19, 2007


                                                  Very truly yours,

                                                  <u>/s/ Raymond M. Radulski</u>
                                                  Raymond M. Radulski


RMR:sr

cc:  Clerk, United States District Court

```
                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       :
                                :
        Plaintiff,              :
                                :
        v.                      :  Cr. Action No. 07-91-SLR
                                :
CHRISTOPHER J. PHILLIPS,        :
                                :
        Defendant.              :
```

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below, I electronically filed Defendant CHRISTOPHER J. PHILLIPS's Motion For Discovery and Brady Letter with the Clerk of Court using CM/ECF which will send notification of such filing to the following: AUSA Edmund Falgowski, 1007 Orange Street, 7th Floor, Wilmington, Delaware.

<u>/S/ Raymond M. Radulski, Esq.</u>
RAYMOND M. RADULSKI, ESQUIRE
ID #332
Legal Arts Building, Suite 301
1225 North King Street
Wilmington, DE 19801
(302) 658-9388
rradulskiesq@aol.com
Attorney for Defendant
CHRISTOPHER J. PHILLIPS

Dated: October 19, 2007