IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-091-2-SLR |
| ) | |
| CHRISTOPHER PHILLIPS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 22d day of October, 2007,

IT IS ORDERED that a telephonic status conference is scheduled for **Tuesday, November 6, 2007** at **8:30 a.m.**, with the court initiating said call.

_____
United States District Judge