IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-091-SLR |
| CHRISTOPHER PHILLIPS, | ) ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 7th day of November, 2007, having conferred with counsel;

IT IS ORDERED that a telephone status conference is scheduled for **Monday, December 10, 2007** at **5:00 p.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that, pursuant to defendant's request, the time between November 6, 2007 and December 10, 2007 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
United States District Judge