IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-091-SLR |
| | ) |
| CHRISTOPHER PHILLIPS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 11th day of December, 2007, having conferred with counsel;

IT IS ORDERED that a telephone status conference is scheduled for **Thursday, January 10, 2008** at **5:00 p.m.**, with the court initiating said call.

_____
United States District Judge