IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-91-2-SLR |
| | ) | |
| CHRISTOPHER J. PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR
## EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

COMES NOW the United States of America, by and through its undersigned attorney and respectfully moves this Court for an Order excluding time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq. In support of the motion, the United States respectfully states as follows:

1. On December 10, 2007, a teleconference was held during which the parties advised the Court that plea negotiations were ongoing. The Court was advised that Raymond M. Radulski, Esquire, counsel for defendant, agreed to waive speedy trial so as to facilitate plea negotiations. The Court scheduled January 10, 2008, at 5:00 p.m. for either a guilty plea or another telephonic status conference.

WHEREFORE, the United States respectfully requests that the time between this motion and January 10, 2008, be excluded under the Speedy Trial Act in the interest of justice. 18 U.S.C. § 3161(h)(8)(A).

COLM F. CONNOLLY<br>
United States Attorney<br><br>
By: _____<br>
Edmond Falgowski<br>
Assistant United States Attorney

Dated: 12-20-07

**IT IS SO ORDERED** this _____ day of _____, 2007.

_____
**Honorable Sue L. Robinson**
**United States District Court**