IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-91-2-SLR |
| | ) |
| CHRISTOPHER J. PHILLIPS, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR
EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**

COMES NOW the United States of America, by and through its undersigned attorney and respectfully moves this Court for an Order excluding time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq. In support of the motion, the United States respectfully states as follows:

1. On December 10, 2007, a teleconference was held during which the parties advised the Court that plea negotiations were ongoing. The Court was advised that Raymond M. Radulski, Esquire, counsel for defendant, agreed to waive speedy trial so as to facilitate plea negotiations. The Court scheduled January 10, 2008, at 5:00 p.m. for either a guilty plea or another telephonic status conference.

January 10, 2008, be excluded under the Speedy Trial Act in the interest of justice. 18 U.S.C. § 3161(h)(8)(A).

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 12-20-07

IT IS SO ORDERED this __3d__ day of __January__, 2008.

_____
Honorable Sue L. Robinson
United States District Court

2