IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-91-2 SLR |
| ) | |
| CHRISTOPHER J. PHILLIPS, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count 1

On or about June 16, 2006, in the District of Delaware, Christopher J. Phillips, the defendant, knowingly transported and attempted to transport by computer in interstate commerce child pornography, that is, a computer generated visual depiction in the form of a web cam transmission which was of a minor engaged in sexually explicit conduct, specifically, simulated masturbation of the minor and the lascivious exhibition of the minor's pubic area, in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 1-10-08