IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. Action No.07-91-SLR |
| | : **(Filed Under Seal)** |
| CHRISTOPHER J. PHILLIPS, | : |
| Defendant. | : |

**DEFENDANT PHILLIP'S EX PARTE APPLICATION FOR EXPERT SERVICES**

NOW COMES the defendant, Christopher J. Phillips, by his attorney, Raymond M. Radulski and pursuant to 18 U.S.C. § 3006 A (e) (1), files this ex parte application for expert services.

1. On or about July 13, 2007, the Court appointed the undersigned counsel to represent the defendant pursuant to the Criminal Justice Act.

2. On January 10, 2008, defendant entered a plea to one count of distribution of child pornography.

3. During the course of the representation, counsel has become aware of certain facts and circumstances in defendant's background and surrounding the offense conduct which counsel believes reflect psychological issues which merit examination by a mental health professional.

4. Counsel submits that such examination may disclose information useful to the Court in fashioning an appropriate sentence for defendant. The sentencing presently is scheduled for April 16, 2008.

5.  Dr. Alvin Turner, a Delaware licensed psychologist, has agreed to serve as a defense expert at a rate of $500.00 per hour to conduct an examination and/or testing, and to prepare a report of his findings.  Dr. Turner previously has provided similar services in criminal matters in this Court and in Delaware State courts.

6.  Counsel believes that the assistance a mental health professional such as Dr. Turner is necessary to aid and assist him in providing effective assistance of counsel in the sentencing phase of his representation of defendant.

7.  Defendant requests that the Court issue an ex parte order authorizing up to $2,500.00 in compensation to Dr. Alvin Turner for expert services.

8.  Defendant further requests that the Court's ex part order, and this ex parte motion, be maintained under seal.

WHEREFORE, it is respectfully requested that Defendant's ex parte motion for expert services be granted.

Respectfully submitted,

/s/ Raymond M. Radulski

Raymond M. Radulski, Esquire
Delaware Bar No. 332
Legal Arts Building, Suite 301
1225 North King Street
Wilmington, DE 19801
(302) 658-9388

Date: February 6, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. Action No.07-91-SLR |
| | : **(Filed Under Seal)** |
| CHRISTOPHER J. PHILLIPS, | : |
| Defendant. | : |

ORDER OF THE COURT

And now this _____ day of _____, 2008, upon consideration of defendant's ex parte application for expert services, it is hereby ordered that the motion is granted, and that defense counsel is authorized to secure services and reimburse expenses from Dr. Alvin Turner in an amount not to exceed $2,500.00 dollars. It is further directed that this order, and defendant's ex parte motion, shall be maintained under seal until the conclusion of the case.

By the Court,

_____
Hon. Sue Robinson