IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | : |
| v. | : Cr. Action No.07-91-SLR |
| CHRISTOPHER J. PHILLIPS, | : |
|     Defendant. | : |

## MOTION TO CONTINUE SENTENCING

COMES NOW Defendant, CHRISTOPHER J. PHILLIPS, by and through counsel and moves this Honorable Court to continue sentencing in this matter, presently scheduled for April 16, 2008. In support of such motion, defendant asserts the following:

1. By order of the Court, counsel for defendant secured the services of Dr. Alvin Turner to examine defendant in connection with this case.

2. The examination was performed on March 13, 2008. Dr. Turner is in the process of preparing a report of his examination which defendant intends to submit to the Court in connection with sentencing. It is anticipated that the report will not be completed until April 1, 2008.

3. The presentence office has indicated that it will need additional time to review Dr. Turner's report and submit any comments regarding same.

4. AUSA Edmond Falgowski does not object to the requested continuance.

WHEREFORE defendant prays that the Court continue sentencing for an additional two weeks beyond the presently scheduled date of April 16, 2008.

                                                  Respectfully submitted,

                                                  /s/ Raymond M. Radulski
                                                  Raymond M. Radulski
                                                  Attorney for Defendant
                                                  Christopher J. Phillips

Date: March 25, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. Action No.07-91-SLR |
| CHRISTOPHER J. PHILLIPS, | : |
| Defendant. | : |

**ORDER**

IT IS ORDERED this _____ day of _____, 2008 that sentencing is continued until _____.

_____
Hon. Sue L. Robinson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. Action No.07-91-SLR |
| CHRISTOPHER J. PHILLIPS, | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below, I electronically filed Defendant Christopher J. Phillips' Motion to Continue Sentencing with the Clerk of Court using CM/ECF which will send notification of such filing to the following: AUSA Edmond Falgowski, 1007 Orange Street, 7th Floor, Wilmington, Delaware.

/s/ Raymond M. Radulski
RAYMOND M. RADULSKI, ESQUIRE
ID #332
Legal Arts Building, Suite 301
1225 North King Street
Wilmington, DE 19801
(302) 658-9388
rradulskiesq@aol.com
Attorney for Defendant
Christopher J. Phillips

Dated: March 25, 2008