IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. Action No.07-91-SLR |
| CHRISTOPHER J. PHILLIPS, | : |
| Defendant. | : |

**ORDER**

IT IS ORDERED this __31st__ day of __March__, 2008 that sentencing is continued until __April 30, 2008 at 3:00 p.m.__.

_____
Hon. Sue L. Robinson