IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr.Action No. 07-91-2-SLR |
| CHRISTOPHER J. PHILLIPS, | : |
| Defendant. | : |

<u>NOTICE OF APPEAL</u>

TO: Clerk of the Court
United States District Court
District of Delaware
844 N. King Street, Fourth Floor
Wilmington, DE  19801

PLEASE TAKE NOTICE that CHRISTOPHER J. PHILLIPS, Defendant Below-Appellant, does hereby appeal to the United States Court of Appeals, For The Third Circuit, from the validity of the sentence imposed by the District Court on April 30, 2008.  Sentencing was entered on or about May 7, 2008, by the Honorable Sue L. Robinson.

/s/ Raymond M. Radulski
RAYMOND M. RADULSKI, ESQUIRE
ID #332
Legal Arts Bldg., Suite 301
1225 N. King Street
Wilmington, DE 19801
(302) 658-9388
rradulskiesq@aol.com
Attorney for Defendant
    CHRISTOPHER J. PHILLIPS

Dated: May 8, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr.Action No. 07-9-2-SLR |
| CHRISTOPHER J. PHILLIPS, | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below, I electronically filed Defendant Jonathan Johnson's Notice of Appeal with the Clerk of Court using CM/ECF which will send notification of such filing to the following: AUSA Edmund Falgowski, 1007 Orange Street, 7th Floor, Wilmington, Delaware.

/s/ Raymond M. Radulski
RAYMOND M. RADULSKI, ESQUIRE
ID #332
Legal Arts Bldg., Suite 301
1225 N. King Street
Wilmington, DE 19801
(302) 658-9388
rradulskiesq@aol.com
Attorney for Defendant
  CHRISTOPHER J. PHILLIPS

Dated: May 8, 2008