IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION 07-91-2-UNA |
| v. | § | |
| | § | |
| CHRISTOPHER R. PHILLIPS | § | |
| Defendant. | § | |

2008 MAY 14 AM 8:55

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
    WARDEN OF THE DELAWARE CORRECTIONAL CENTER, SMYRNA, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **CHRISTOPHER R. PHILLIPS** who is now detained and imprisoned in the **DELAWARE CORRECTIONAL CENTER** and who is a defendant in the above-entitled cause, in which cause the said **CHRISTOPHER R. PHILLIPS** was charged with a violation of 18 U.S.C. SECTION 2251 (e) and 18 U.S.C. SECTION 2252A(a)(5)(B) for an INITIAL APPEARANCE on **THURSDAY JULY 12, 2007** at **1:00 PM** and to be remain in the custody of United States Marshal's Service until the conclusion of the charges.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute. WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 9th day of JULY , 2007.

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk

CERTIFIED: 7/9/07
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
    Deputy Clerk